UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

**JOHN YARBROUGH**                                                                                            **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 5:15-CV-P127-TBR**

**UNNAMED CHRISTIAN COUNTY JAIL STAFF**                  **DEFENDANTS**

**MEMORANDUM OPINION**

Plaintiff John Yarbrough, an inmate at the Christian County Jail, proceeding *pro se*, initiated this civil action by filing a document on his own paper. By Order entered June 10, 2015, the Court ordered Plaintiff to complete a 42 U.S.C. § 1983 complaint form and either pay the filing fee or submit a prisoner application to proceed without prepayment of fees within 30 days. The Court warned Plaintiff that failure to comply with the Order within the 30-day period would result in dismissal of the action.

More than 30 days have passed, and Plaintiff has failed to comply with the Court's Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* Fed. R. Civ. P. 41(b) (governing involuntary dismissal).

Date:

cc:     Plaintiff, *pro se*
4413.009